**No. 42478.**—Protests 249267-G, etc., of Gimbel Bros., Inc., et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the candlesticks and atomizers in question were held dutiable at 40 percent under paragraph 339. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445),

*Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.